Alan A. Meda (#009213)
Christopher Graver (#013235)
Sharon W. Ng (#024975)
**STINSON MORRISON HECKER LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
ameda@stinson.com
cgraver@stinson.com
sng@stinson.com

Attorneys for Hwal'bay Ba:j Enterprises

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>'SA'NYU WA, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:13-bk-02972-BMW<br><br>**AMENDED NOTICE OF LIMITED AND SPECIAL APPEARANCE** |

PLEASE TAKE NOTICE that the law firm of Stinson Morrison Hecker LLP hereby enters its limited and special appearance in the above-captioned matter as counsel for Hwal'bay Ba:j Enterprises, Inc., a tribally chartered corporation, doing business as Grand Canyon Resort Corporation ("**HBBE**").

Neither this Notice of Limited and Special Appearance nor any pleading filed in this action constitutes a general appearance by HBBE or consent to jurisdiction, nor does HBBE waive any objections, defenses, rights, or immunities to which HBBE may be entitled arising out of tribal sovereignty, any agreements, at law or in equity, the Hualapai Constitution and/or the United States Constitution or otherwise. HBBE specially appears at this time solely to object to the entry of, and move to quash, the April 29, 2013 Order Granting Motion to Grand Canyon Skywalk Development, LLC for Order Requiring the Production of Documents and Authorizing the Examination of the Debtor and Grand Canyon Resort Corporation Pursuant to Fed R. Bankr. P. 2004, to the extent it purports to assert jurisdiction over HBBE and order HBBE to produce documents and witnesses.

DATED this May 17, 2013.

**STINSON MORRISON HECKER LLP**

By:     /s/ Alan A Meda (#009213)
Alan A. Meda
Christopher Graver
Sharon W. Ng
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona  85004-4584
Attorneys for Hwal'bay Ba:j Enterprises

COPY of the foregoing sent this May 17, 2013, to:

David D. Cleary
Mark Tratos
Pamela M. Overton
Greenberg Traurig, LLP
2375 E. Camelback Rd., Suite 700
Phoenix, AZ  85016
clearyd@gtlaw.com
tratosm@gtlaw.com
overtonp@gtlaw.com
Attorneys for Grand Canyon Skylight Dev.

John A. Harris
Kelly Singer
Quarles & Brady, LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
John.harris@quarles.com
Kelly.singer@quarles .com
Attorneys for Debtor and Debtor-in-Possession

Larry Watson
Office of the U.S. Trustee
230 N First Ave., Ste. 204
Phoenix, AZ 85003
Larry.watson@usdoj.gov


     /s/ Rebecca J. McGee